**EXHIBIT 2:** INFRINGEMENT #1
URL: https://www.instagram.com/reel/CbdJO0rJL82/



**EXHIBIT 2:** INFRINGEMENT #2
URL: https://www.facebook.com/reel/494553468869577

