**FILED**

(MARTIN TORRES DIAZ)

1  RHINO TOWING SERVICES INC (Full Name)

2  RHINOTOWING850@GMAIL.COM (Email Address)

3  25211 STOCKPORT ST APT 108 (Address Line 1)
   LAGUNA HILLS CA. 92653

4  _____ (Address Line 2)

5  949-205-02-41 _____ (Phone Number)

6  Defendant in Pro Per

**2024 MAY -9 PM 3: 34**

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
SANTA ANA

BY._____

7

8

9         **UNITED STATES DISTRICT COURT**
10        **CENTRAL DISTRICT OF CALIFORNIA**

11  ViralDRM, LLC _____,        Case No.: 8: 24-CV-00871-CJC-AS

12              Plaintiff,

13        vs.                          **DEFENDANT'S ANSWER**

14  RHINO TOWING SERVICES INC.

15  _____            **JURY TRIAL DEMAND**

16  _____            ☐ Yes    ☐ No

17  _____

18  _____,

19              Defendant(s).

20

21        (MARTIN TORRES DIAZ)
      Defendant RHINO TOWING SERVICES IN hereby answers Plaintiff's complaint as
22                    Defendant's name here
   follows:
23                  **ANSWER TO COMPLAINT**

24

25  ___. I DENIED, I AM NOT THE COMPANY
      Insert ¶ #

26  THAT USED THESE VIDEOS. IT'S THE WRONG

27  COMPANY BECAUSE I DON'T HAVE FACEBOOK,

28  INSTAGRAM WITH THAT NAME

Revised: March 2019
Form prepared by Public Counsel
© 2012 – 2019 Public Counsel
All rights reserved

1
_Page Number_

1    _Insert ¶ #_  RHINO TOWING SERVICES INC.

2    IT IS DIFFERENT RHINO TOWING & OFF ROAD RECOVERY

3    I DENIED ALL THE ALLEGATIONS.

4

5

6

7

8

9    _Insert ¶ #_

10

11

12

13

14

15

16    _Insert ¶ #_

17

18

19

20

21

22

23    _Insert ¶ #_

24

25

26

27

28

## **REQUEST FOR RELIEF**

WHEREFORE, the Defendant requests:

1. Dismissal of the Plaintiff's action with prejudice;

2. An order that Plaintiff shall take no relief from the complaint;

3. The costs of suit incurred herein;

4. Other: _____

   _____; and

5. Such further relief the Court deems fair and just.

Dated: ___05/09/24___

Sign: _____

Print Name: RHINO TOWING SERVICES INC.
(MARTIN TORRES DIAZ )
Defendant in Pro Per