UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SA CV 24-0871 FMO (ASx) | Date | June 10, 2024 |
|---|---|---|---|
| Title | Viral DRM, LLC v. Rhino Towing Services, Inc. | | |

Present: The Honorable   Fernando M. Olguin, United States District Judge

| Vanessa Figueroa | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff(s):  Attorney Present for Defendant(s):

None Present  None Present

**Proceedings:**   **(In Chambers) Order to Show Cause Re: Counsel for Corporation**

  The court has reviewed defendant Rhino Towing Services, Inc's ("Rhino" or "defendant") Answer. (Dkt. 10). Rhino is a corporation, (see id.); (Dkt. 1, Complaint at ¶ 7), but the Answer was filed and signed by Martin Torres Diaz ("Diaz"), acting pro se. (See id.). It is well-settled that corporations and other business entities cannot appear pro se in federal court; they must be represented by licensed counsel. See Rowland v. Cal. Men's Colony, 506 U.S. 194, 201-02, 113 S.Ct. 716, 721 (1993) ("It has been the law for the better part of two centuries . . . that a corporation may appear in the federal courts only through licensed counsel."); United States v. High Country Broad. Co., 3 F.3d 1244, 1245 (9th Cir. 1993) (per curiam) ("A corporation may appear in federal court only through licensed counsel."); Local Rule 83-2.2.2 ("No organization or entity of any other kind (including corporations, limited liability corporations, partnerships, limited liability partnerships, unincorporated associations, trusts) may appear in any action or proceeding unless represented by an attorney permitted to practice before this Court under L.R. 83-2.1."). In addition, a sole shareholder or principal of a corporation may not represent the corporation in federal court. See High Country Broad. Co., 3 F.3d at 1245; see also In re Waksberg, 2009 WL 1211355, *1 (C.D. Cal. 2009) ("[T]he principal of a corporation cannot appear on its behalf pro se. Because it is not a natural person, the corporation must be represented by an attorney."). Accordingly, IT IS ORDERED THAT:

  1. Defendant's Answer (Dkt. 10) is hereby **stricken**.

  2. No later than **July 10, 2024**, Rhino shall retain counsel and have its counsel file a Notice of Appearance.

  3. Rhino is cautioned that failure to file a Notice of Appearance shall result in the entry of default against it for failure to comply with a court order. See Fed. R. Civ. P. 41(b); Link v. Wabash R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

  4. Plaintiff shall, in the event counsel does not appear on behalf of Rhino by the court-ordered deadline, seek entry of default against Rhino for failure to retain counsel no later than

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **SA CV 24-0871 FMO (ASx)** | Date | **June 10, 2024** |
|---|---|---|---|
| Title | **Viral DRM, LLC v. Rhino Towing Services, Inc.** | | |

seven (7) days after the expiration of the court's deadline.

Initials of Preparer        vdr