**SANDERS LAW GROUP**
Craig Sanders, Esq. (Cal Bar 284397)
Jacqueline Mandel, Esq. (Cal Bar 317119)
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: csanders@sanderslaw.group
Email: jmandel@sanderslaw.group
File No.: 128105

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Viral DRM, LLC, | Case No.: 8:24-cv-00871-FMO-AS |
| Plaintiff, | |
| v. | **PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT** |
| California Off Road Recovery Group LLC, | |
| Defendant. | |

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, plaintiff Viral DRM, LLC ("*Plaintiff*"), hereby requests that the Clerk of the Court enter default against defendant California Off Road Recovery Group LLC ("*Defendant*"), on the ground that said Defendant has failed to appear or otherwise respond to Plaintiff's Summons & Complaint ("*Complaint*") within the time prescribed by Rule 12(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

On July 19, 2024, a true and correct copy of the Summons, Civil Cover Sheet and Amended Complaint were served upon the Defendant through its Registered Agent. (*Dkt. No.* 28). Defendant was required to file an answer or responsive pleading in this action on or before August 9, 2024. (*Id.*). To date, however,

Defendant has failed to file any responsive pleading or otherwise appear in this action, and Defendant has not requested any extension of time to respond. Therefore, Plaintiff hereby respectfully requests that the Clerk enter a Certificate of Default against Defendant.

The above-stated facts are set forth in the accompanying Declaration of Jacqueline Mandel, filed herewith.

Dated: August 13, 2024

        **SANDERS LAW GROUP**

By: */s/ Jacqueline Mandel*
Craig Sanders, Esq. (Cal Bar 284397)
Jacqueline Mandel, Esq. (Cal Bar 317119)
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: csanders@sanderslaw.group
Email: jmandel@sanderslaw.group

*Attorneys for Plaintiff*

Mailed To:
    California Off Road Recovery Group LLC
    473 S. Carnegie Drive., Suite 200
    San Bernardino, California 92408