**SANDERS LAW GROUP**
Craig Sanders, Esq. (Cal Bar 284397)
Jacqueline Mandel, Esq. (Cal Bar 317119)
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: csanders@sanderslaw.group
Email: jmandel@sanderslaw.group
File No.: 128105

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Viral DRM, LLC,<br><br>Plaintiff,<br><br>v.<br><br>California Off Road Recovery Group LLC,<br><br>Defendant. | Case No. 8:24-cv-00871-FMO-AS<br><br>**DECLARATION OF JACQUELINE MANDEL, ESQ. IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT** |

JACQUELINE MANDEL, ESQ., pursuant to 28 U.S.C. §1746, hereby declares under penalty of perjury, as follows:

1. I am an attorney duly admitted to practice law before this Court and I am an associate attorney of Sanders Law Group, attorneys for the Plaintiff in this action. As such, I have personal knowledge of all facts and circumstances upon which this Declaration is based, except for those facts and circumstances set forth upon information and belief and, as to those facts, I believe them to be true, based upon conversations with my client, review of my file, and my personal involvement

in this case.

2. I submit this Declaration in support of Plaintiff's motion for a default judgment against defendant California Off Road Recovery Group LLC ("*Defendant*").

**Local Rule 55-1 Statement**

3. Plaintiff brings this motion for a default judgment against Defendant, by reason of the fact that Defendant defaulted in appearing in this action and that the facts set forth in the Complaint are sufficient to warrant judgment as a matter of law. In support thereof, I state as follows:

   a. **When and against what party the default was entered**: Plaintiff filed a request for the Clerk to enter a certificate of default as against Defendant on August 13, 2024. (*Dkt. No.* 30, *et seq.*). The Clerk entered the requested notation of default against Defendant on August 14, 2024. (*Dkt. No.* 31);

   b. **Identification of the pleading to which default was entered**: Default was entered as to the Amended Complaint filed against Defendant. (*Dkt. No.* 22, *et seq.*). The facts concerning service of the Amended Complaint are set forth more fully in my Declaration filed in support of the request for entry of Default (*Dkt. No.* 30-1) and the proof(s) of service of the Complaint have been filed with the Court (*Dkt. No.* 28);

   c. **Whether the defaulting party is an infant or incompetent person, and if so, whether that person is represented by a general guardian, committee, conservator or other representative**: Defendant is not an infant or incompetent person. Instead, Defendant is a California corporation;

   d. **That the Servicemembers Civil Relief Act (50 U.S.C. App. § 521) does not apply**: The Service members Civil Relief Act (50 U.S.C. App.

§ 521) does not apply; and

e. **That notice has been served on the defaulting party, if required by F.R.Civ.P. 55(b)(2)**: Although not required under FRCP 55(b)(2), proof of service by mail on Defendant is annexed to the accompanying Notice of Motion.

**Statement in Support of Award of Costs**

4. In his motion for a default judgment, Plaintiff seeks an award of: (i) statutory damages in the amount of $12,500; (ii) attorneys' fees in the amount of $1,350 pursuant to Civ. L.R. 55-3; and (iii) costs pursuant to 17 U.S.C. § 505.

5. Plaintiff's demand for costs consists of a demand for $402.00, paid as the filing fee in this action, as well as the sum of $95.00, representing the fee for service of the summons and complaint.

6. In support of Plaintiff's demand for recovery of the filing fee, it is respectfully submitted that the Court may take judicial notice of the fact that Plaintiff paid the sum of $402.00 as a filing fee in this action (pursuant to Fed. R. Evid. 201 (c)(1), the Court may take judicial notice of Court records).

7. In support of Plaintiff's demand for recovery of the process server fees, attached hereto as *Exhibit 1* is the invoice received from the process server engaged in this action.

8. I swear that the foregoing is true and correct under penalty of perjury pursuant to the laws of the State of California and of the United States of America.

DATED: August 27, 2024

                                     */s/ Jacqueline Mandel*
                              Jacqueline Mandel, Esq. (Cal Bar 317119)

# EXHIBIT 1

JENSEN LEGAL SERVICES, INC.
13781 FAIRMONT WAY
TUSTIN, CA 92780
TELEPHONE: (714)541-8825



BILL TO:

SANDERS LAW GROUP
333 EARLE OVINGTON BOULEVARD, SUITE 402
UNIONDALE, NY 11553

**INVOICE**

Invoice #: 13742
Invoice Date: July 24, 2024

Client Matter #:
Case #: 8:24-cv-00871-FMO-AS
Court: UNITED STATES DISTRICT COURT FOR THE CENTRAL DIST
Title: VIRAL DRM, LLC v CALIFORNIA OFF ROAD RECOVERY GROUP LLC
Document(s): SUMMONS IN A CIVIL ACTION;AMDENDED COMPLAINT DEMAND FOR JURY TRIAL

| Description | Amount |
| --- | --- |
| SERVED: CALIFORNIA OFF ROAD RECOVERY GROUP LLC MANNER: July 19, 2024, 10:14 am - Personal Service | |
| Address for Service: 500 NORTH BRAND BLVD Suite #890, GLENDALE, CA 91203 | |
| **FEES:** SERVICE OF DOCUMENTS - 2nd Address for the agent for service | $95.00 |

Jensen Legal Services thanks you for your business.   **TOTAL AMOUNT DUE: $95.00**