**SANDERS LAW GROUP**
Craig Sanders, Esq. (Cal Bar 284397)
Jacqueline Mandel, Esq. (Cal Bar 317119)
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: csanders@sanderslaw.group
Email: jmandel@sanderslaw.group
File No.: 128105

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Viral DRM, LLC, | Case No. 8:24-cv-00871-FMO-AS |
| Plaintiff, | **DECLARATION OF MICHAEL BRANDON CLEMENT LLC IN SUPPORT OF PLAINITFF'S MOTION FOR DEFAULT JUDGMENT** |
| v. | |
| California Off Road Recovery Group LLC, | |
| Defendant. | |

I, MICHAEL BRANDON CLEMENT, pursuant to 28 U.S.C. § 1746, hereby declares under penalty of perjury, as follows:

1. I am Plaintiff's owner in the above-captioned matter. As such, I have personal knowledge of the facts set forth in this Declaration and would testify as to them in a court of law if required to do so.

2. I respectfully submit this declaration in support of Plaintiff's Motion for Default Final Judgment against defendant California Off Road Recovery Group

LLC ("Defendant") pursuant to Fed. R. Civ. P. 55(b) and the Court's inherent power, granting Plaintiff's default judgment against Defendant.

3. I am a professional videographer by trade and I am the legal and rightful owner of videos in which I own the rights to and license to online and print publications.

4. I have invested significant time and money in building our portfolio.

5. My videos are original, creative works in which I own protectable copyright interests.

6. I have obtained active and valid copyright registrations from the United States Copyright Office (the "*USCO*") which cover many of my videos while many others are the subject of pending copyright applications.

7. On March 21, 2022, Ronald Brian Emfinger ("*Emfinger*") first published a video showing footage of a tornado hitting the city of Elgin, Texas (the "*Video*"). *A screen grab of the Video is attached to the Amended Complaint as Dkt. No. 22-1.*

8. In creating the Video, Emfinger personally selected the subject matter, timing, lighting, angle, perspective, depth, lens and camera equipment to capture the image.

9. Thereafter, on March 21, 2022, the rights to the Video were transferred to myself and my business partner, Brett Adair by way of written assignment.

10. On April 22, 2022, the Video was registered by the USCO under Registration No. PA 2-354-516. *A copy of the certificate of copyright registration is attached hereto as Exhibit 1*.

11. On May 17, 2022, Plaintiff acquired the rights in and to the Video from myself and Mr. Adair by way of written assignment.

12. Defendant is a towing service company that operates a social media account with the name @rhino_offroad_recovery on Instagram.com and a social

media account with the name @SoCal_4x4_Rhino_Offroad_Recovery,_Rescue_and_Towing at Facebook.com (the "*Accounts*").

13. On March 23, 2022, Defendant displayed the Video on the Accounts at URLs: https://www.instagram.com/reel/CbdJO0rJL82/ and https://www.facebook.com/reel/494553468869577 (the "*Infringements*"). *A copy of the Infringements are annexed to the Amended Complaint as Dkt. No.* 22-2.

14. We discovered the Infringements on March 23, 2022.

15. As of the date of this declaration, Defendant has not removed the Video from being displayed on the Accounts.

16. We did not give permission or authorization to Defendant to copy, store and/or display our copyright protected Video.

17. The Infringements are exact copies of the original Video that were directly copied by Defendant on its Accounts.

18. Upon information and belief, the Video was willfully and volitionally posted to the Accounts by Defendant.

19. Upon information and belief, the Infringements increased traffic to the Accounts and, in turn, caused Defendant to realize an increase in its revenue.

20. Upon information and belief, Defendant has received a financial benefit directly attributable to the Infringements.

21. As a result of Defendant's misconduct, our business has been substantially harmed.

22. We have also been substantially disadvantaged by Defendant's default in this case, as we have no information to establish the profits Defendant earned which are attributable or related to its theft and use of our Video. As a result, we am constrained to asking this Court for an award of statutory damages.

23. We have consistently licensed this Video for $2,500 to other third

parties. This is the amount we would have licensed it to Defendant for as well.

24. Because Defendant's infringement was willful, and because Defendant continued to use the infringement after this lawsuit was commenced, we respectfully ask that the Court award of five (5) times the licensing fee, as a deterrent to Defendant and others who would steal our photographs upon the belief that they would be required to pay nothing more than the licensing fee, if and only if they are caught.

25. I declare under penalty of perjury of the laws of the State of California and of the United States of America that I have read this Declaration and that the foregoing is true and correct.

Executed this 27 day of August 2024

*Michael B. Clement*

Michael Brandon Clement

**DECLARATION OF MICHAEL BRANDON CLEMENT**
**EXHIBIT 1 – REGISTRATION CERTIFICATE**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**
**PA 2-354-516**
Effective Date of Registration:
April 22, 2022
Registration Decision Date:
June 22, 2022

## Title

Title of Work: 3-21-2022 Elgin Tx tornado- Dashcam

## Completion/Publication

Year of Completion: 2022
Date of 1st Publication: March 21, 2022
Nation of 1st Publication: United States

## Author

- Author: Ronald Brian Emfinger
  Author Created: entire motion picture
  Work made for hire: No
  Domiciled in: United States

## Copyright Claimant

Copyright Claimant: Michael Brandon Clement
1315 Carroll Drive, Terry, MS, 39170, United States
Transfer statement: By written agreement

Copyright Claimant: Brett Adair
210 Veazey Drive, Childersburg, AL, 35004, United States
Transfer statement: By written agreement

## Certification

Name: Craig Sanders
Date: April 22, 2022

Page 1 of 2

Case No. 8:24-cv-00871-FMO-AS

DECLARATION OF MICHAEL BRANDON CLEMENT

1
2   **Registration #:** PA0002354516
3   **Service Request #:** 1-11334314411
4
5   Craig Sanders
    Sanders Law Group
6   100 Garden City Plaza, Suite 500
    Garden City, New York 11530 United States
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No. 8:24-cv-00871-FMO-AS
DECLARATION OF MICHAEL BRANDON CLEMENT