# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Viral DRM, LLC, <br><br> Plaintiff, <br><br> v. <br><br> California Off Road Recovery Group LLC, <br><br> Defendant. | Case No. 8:24-cv-00871-FMO-AS <br><br> **[PROPOSED] JUDGMENT ON MOTION FOR DEFAULT JUDGMENT** <br><br> Judge: Hon. Fernando Manzano Olguin <br> Magistrate Judge: Hon. Alka Sagar <br><br> Date: October 10, 2024 <br> Time: 10:00 am <br> Location: <br>   Courtroom 6D <br>   350 West 1st Street <br>   Los Angeles, California 90012 |

On October 10, 2024, at 10:00 APM, Plaintiff Viral DRM, LLC ("*Plaintiff*") moved this honorable Court for a default judgment against Defendant California Off Road Recovery Group LLC ("*Defendant*").

Based on the pleadings, files, and records herein,

**IT IS HEREBY ORDERED** that judgment shall be entered on Plaintiff's

Complaint against Defendant in the total amount of $14,347. This calculation includes:

- Statutory damages in the amount of $12,500 for Plaintiff's claim of infringement pursuant to the Copyright Act, with respect to the Photograph identified in the Complaint;
- Filing Fees: $402;
- Service of Process: $95; and
- Attorneys' Fees: $1,350.00.

**IT IS HEREBY FURTHER ORDERED** that pursuant to 17 U.S.C. § 502(a) Defendant is hereby enjoined from continuing to store and display Plaintiff's Photograph as is set forth in the Complaint.

IT IS SO ORDERED.

Dated: _____, 2024

_____
HON. FERNANDO MANZANO OLGUIN