

SANDERS LAW GROUP
Craig Sanders, Esq. (Cal Bar 284397)
Jacqueline Mandel, Esq. (Cal Bar 317119)
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: csanders@sanderslaw.group
Email: jmandel@sanderslaw.group
File No.: 129232

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Viral DRM, LLC,<br><br>Plaintiff,<br><br>v.<br><br>California Off Road Recovery Group LLC,<br><br>Defendant. | CASE NO. 8:24-cv-00871-FMO-AS<br><br>**PLAINTIFF'S REQUEST TO APPEAR REMOTELY FOR THE MOTION FOR DEFAULT JUDGMENT HEARING ON OCTOBER 10, 2024**<br><br>Judge: Hon. Fernando Manzano Olguin<br>Magistrate Judge: Hon. Alka Sagar |

I, JACQUELINE MANDEL, am an associate attorney at Sanders Law Group, counsel for Plaintiff in this action. The undersigned respectfully requests to virtually appear by telephone at the Motion for Default Judgment Hearing which is set for October 10, 2024 at 10:00 AM in Courtroom 6D of the above referenced Court.

The reason for the request is that a personal appearance will cause undue hardship due to the time and costs associated with travel, as Plaintiff's counsel's principal place of business is located in Uniondale, New York. Alternatively,

allowing Plaintiff's counsel to appear remotely will limit the significant fees and expenses in this fee shifting case that would otherwise be incurred should a physical appearance be required for this hearing. Defendant has been properly served with the Complaint and Notice of the pending Motion; however, Plaintiff has not received one communication from Defendant. There is no indication that Defendant intends to appear at this motion hearing.

Based upon the above, Plaintiff respectfully requests that the Court allow Plaintiff to appear via telephone for the October 10, 2024 Motion for Default Judgment Hearing.

DATED: October 4 , 2024

SANDERS LAW GROUP

By: __/s/ Jacqueline Mandel__
Craig B. Sanders, Esq. (Cal Bar 284397)
Jacqueline Mandel, Esq. (Cal Bar 317119)
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: csanders@sanderslaw.group
Email: jmandel@sanderslaw.group

*Attorneys for Plaintiff*