**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Viral DRM, LLC,<br><br>            Plaintiff,<br><br>            v.<br><br>California Off Road Recovery Group LLC,<br><br>            Defendant. | Case No. 8:24-cv-00871-FMO-AS<br><br>**[PROPOSED] ORDER ON PLAINTIFF'S REQUEST TO APPEAR REMOTELY FOR THE MOTION FOR DEFAULT JUDGMENT HEARING ON OCTOBER 10, 2024** |

On October 4, 2024, Plaintiff Viral DRM, LLC ("*Plaintiff*") moved this honorable Court appear remotely for the Motion for Default Judgment Hearing on October 10, 2024.

**IT IS HEREBY ORDERED** that Plaintiff's counsel, Jacqueline Mandel, esq. may appear remotely for the October 10, 2024 Motion for Default Judgment Hearing.

IT IS SO ORDERED.

Dated: _____, 2024

_____
Hon. Fernando Manzano Olguin
United States Judge