# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRAL DRM, LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>RHINO TOWING SERVICES, INC., et al.,<br><br>　　　　　　Defendants. | Case No. SA CV 24-0871 FMO (ASx)<br><br>**ORDER** |

Having reviewed plaintiff's Request to Appear Remotely for the Motion for Default Judgment Hearing on October 10, 2024, (Dkt. 35, "Request"), IT IS ORDERED THAT:

1. Plaintiff's Request (Document No. 35) is **denied**.

2. Attorney Jacqueline Mandel ("Mandel"), who signed and noticed the hearing date on plaintiff's Motion for Default Judgment, (Dkt. 34, "Motion"), shall appear in person in Courtroom 6D of the First Street Courthouse on the date and time noticed for the Motion. No other attorney may appear on Mandel's behalf. Failure of attorney Mandel to appear at the hearing on the Motion shall result in the imposition of sanctions including, but not limited to, the denial of the Motion and/or dismissal of the case for lack of prosecution and failure to comply with the orders of the court. See Fed. R. Civ. P. 41(b); Local Rule 41; Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962); Pagtalunan v. Galaza, 291 F.3d 639, 642 (9th Cir. 2002).

Dated this 4th day of October, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／  
　　　　　　　　　　　　　　　　　　　　　　　　　Fernando M. Olguin  
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge