1  **SANDERS LAW GROUP**
   Craig Sanders, Esq. (Cal Bar 284397)
2  Jacqueline Mandel, Esq. (Cal Bar 317119)
   333 Earle Ovington Blvd, Suite 402
3  Uniondale, NY 11553
   Tel: (516) 203-7600
4  Email: csanders@sanderslaw.group
   Email: jmandel@sanderslaw.group
5  File No.: 128105

6  *Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| Viral DRM, LLC, | Case No. 8:24-cv-00871-FMO-AS |
|---|---|
| Plaintiff, | **PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION FOR DEFAUL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 55(b)(2)** |
| v. | |
| California Off Road Recovery Group, | |
| Defendant. | |

PLEASE TAKE NOTICE that plaintiff Viral DRM, LLC ("*Plaintiff*") hereby withdraws its Motion for Default Judgment Pursuant to Federal Rule of Civil Procedure 55(b)(2) that was filed on August 27, 2024. (*Dkt. No.* 34).

DATED: October 9, 2024

**SANDERS LAW GROUP**

By: */s/ Jacqueline Mandel*
Craig Sanders, Esq. (Cal Bar 284397)
Jacqueline Mandel, Esq. (Cal Bar 317119)
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: csanders@sanderslaw.group
Email: jmandel@sanderslaw.group
File No.: 128105

*Attorneys for Plaintiff*