UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SA CV 24-00871 FMO (ASx) | Date | October 10, 2024 |
|---|---|---|---|
| Title | Viral DRM, LLC v. Rhino Towing Services, Inc., et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | Myra Ponce | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Plaintiff(s): | Attorney Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:    Motion for Default Judgment [34] (Not Held); Status Conference**

    Plaintiff Viral DRM, LLC's Motion for Default Judgment was noticed for a hearing on October 10, 2024. (Dkt. 34, "Motion").  Even though plaintiff's counsel was ordered to appear in person for the hearing on the Motion, (see Dkt. 36, Court's Order of October 4, 2024), plaintiff's counsel did not appear.  Instead, the day before the hearing, plaintiff's counsel filed a Notice of Withdrawal of its Motion, (see Dkt. 37, "Notice"), but provided no explanation as to why it withdrew the Motion.  (See, generally, id.).  Defendant California Off Road Recovery Group LLC also did not appear at the hearing.  Counsel for defendant Rhino Towing Services Inc., Don Nguyen, appeared at the hearing.  The court notified attorney Nguyen that his client had been previously dismissed from the case.  (See Dkt. 22).

|  | 00 | : | 02 |
|---|---|---|---|
| Initials of Preparer | | | vdr |