JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VIRAL DRM, LLC, | Case No. SA CV 24-0871 FMO (ASx) |
|               Plaintiff, | |
|         v. | **JUDGMENT** |
| RHINO TOWING SERVICES, INC., <u>et</u> <u>al.</u>, | |
|               Defendants. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated this 15th day of October, 2024.

/s/
Fernando M. Olguin
United States District Judge