JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRAL DRM, LLC, | Case No. SA CV 24-0871 FMO (ASx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| RHINO TOWING SERVICES, INC., et al., | |
| Defendants. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated this 15th day of October, 2024.

/s/
Fernando M. Olguin
United States District Judge